AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

IMAX Corporation            Case No: 1:15-CV-378
    Plaintiff

             V.

The Capital Center            Judge Sylvia H. Rambo
    Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of the Plaintiff, IMAX Corporation, and against the Defendant, The Capital Center, in the amount of $365,906.

**Date:** February 9, 2016           **Maria E. Elkins, Clerk of Court**

                                                        /s/ Mark J. Armbruster
                                                            Deputy Clerk