IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMAX CORPORATION, | : |
| | : CIVIL ACTION NO. 15-00378 |
| Plaintiff, | : (Judge Sylvia H. Rambo) |
| | : |
| v. | : |
| | : |
| THE CAPITAL CENTER D/B/A | : |
| CAPITAL CENTER FOR THE ARTS, | : |
| SCIENCE AND EDUCATION, INC. | : |
| | : |
| Defendant. | : |

## SATISFACTION OF JUDGMENT

WHEREAS, (1) in order to avoid a hearing on damages, the parties agreed to a total sum of $365,906 and to the entry of a judgment for that amount; and, (2) pursuant to the parties' agreement, judgment was entered in the above action on the 9th day of February 2016, in favor of IMAX Corporation and against The Capital Center d/b/a Capital Center for the Arts, Science and Education, Inc. in the amount of $365,906; and, (3) said judgment amount has been fully paid.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment, with each party bearing its own legal fees and costs.

        Respectfully submitted,

        **DUANE MORRIS LLP**

BY:   s/Jessica Priselac
        Lawrence H. Pockers
        Daniel R. Walworth (admitted *pro hac vice*)
        Jessica Priselac (admitted *pro hac vice*)
        30 South 17th Street
        Philadelphia, PA  19103
        Phone:  215-979-1000
        Email:  lhpockers@duanemorris.com
                dwalworth@duanemorris.com
                jpriselac@duanemorris.com

April 11, 2016        *Counsel for Plaintiff IMAX Corporation*